UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

FRANK DIPIETRO,

Defendant.

23-CR-330-02 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court appoints Mr. Edward Sapone, Esq., as lead counsel for the defendant in this case. The defendant's previously retained counsel, Matthew Mari, Esq. shall remain as associate counsel, working pro bono.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: August 22, 2023
       New York, New York