UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

FRANK DIPIETRO and
MICHAEL SELLICK

Defendants.

23-CR-330 (PAE)

<u>SCHEDULING ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

For the reasons stated at yesterday's conference, the Court sets the following schedule:

- A letter updating the Court on the status of a possible change of plea shall be filed on behalf of each defendant by **November 9, 2023**.

- Any motions to suppress is due **November 17, 2023**.

- The Government's response to any motion to suppress is due **November 30, 2023**.

- The Government's 404(b) letter is due **December 18, 2023**.

- The Government shall provide 3500 material by **January 2, 2024**.

- Any motions *in limine* are due on **January 3, 2024**.

- Opposition to motions *in limine* are due **January 10, 2024**.

- Proposed *voir dire* questions and requests to charge are due **January 10, 2024**.

- The final pretrial conference is scheduled for **January 17, 2024** at **2:00 p.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

- Time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), until **January 22, 2024**.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　PAUL A. ENGELMAYER
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: November 3, 2023
　　　　New York, New York